

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Eric Dewayne Hill, Appellant

No. 06-12-00163-CR     v.

The State of Texas, Appellee

Appeal from the 114th District Court of Smith County, Texas (Tr. Ct. No. 114-2229-09). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment and withdrawal order to provide Hill shall pay only $195.00 in court costs. As modified, the judgment and withdrawal order of the trial court is affirmed.

We note that the appellant, Eric Dewayne Hill, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 24, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk